UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS SOLANO LOPEZ (A No. 243-071-665),

Petitioner,

v.

WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-07965 DAD CKD P

ORDER AND FINDINGS AND RECOMMENDATIONS

Petitioner, detained by the Immigration and Customs Enforcement Agency (ICE) at the California City ICE Detention Facility, proceeds with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging that detention.[1] On October 28, 2026, this Court issued Findings and Recommendations recommending the petition be granted. On October 29, 2026, an immigration judge issued a removal order for Petitioner. Petitioner waived appeal of the order, which is now final. ECF No. 11 at 5–8.

/////

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(17).

Petitioner is now subject to detention under 8 U.S.C. § 1231(a)(2), and is not eligible for release pending the statutory removal period. As such, the Court hereby orders and recommends the following:

IT IS HEREBY ORDERED that the Findings and Recommendations issued October 28, 2026, are VACATED; and

IT IS HEREBY RECOMMENDED that petitioner's petition for writ of habeas corpus (ECF No. 1) be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these Findings and Recommendations, Petitioner may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." If any objections are filed, Respondents may file written responses with the Court and serve a copy on all parties within 14 days of the filing. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: 11/18/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

23
Sola.7965.FR